**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF FLORIDA**
**TALLAHASEE DIVISION**

**ANGEL NICHOLAS ICO TOSH,**

**Petitioner,**

**v.** **Case No. 4:26-cv-328-TKW-MAF**

**TODD BLANCHE, et al.,**

**Respondents.**
_______________________________________/

**ORDER**

This case is before the Court based on the magistrate judge's Report and Recommendation (Doc. 11). No objections were filed.

Upon due consideration of the Report and Recommendation and the case file, the Court agrees with the magistrate judge's determination that this habeas case should be dismissed as moot because Petitioner is no longer in custody and has voluntarily departed from the United States. Accordingly, it is **ORDERED** that:

1. The magistrate judge's Report and Recommendation is adopted and incorporated by reference in this Order.

2. This case is **DISMISSED as moot**.

3. The Clerk shall enter judgment in accordance with this Order and close the case file.

**DONE AND ORDERED** this 17th day of August, 2026.

**T. KENT WETHERELL, II**
**UNITED STATES DISTRICT JUDGE**